# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

MOMO K.,

                Petitioner,

Civil No. 19-76 (JRT/HB)

v.

MATT WHITAKER, et al,

**ORDER ON REPORT AND RECOMMENDATION**

                Respondents.

Momo Kpissay, A-094-007-303, Address Unknown, *pro se* petitioner.

Ana Voss, Ann Bildtsen, Assistant United States Attorney, **UNITED STATES ATTORNEY'S OFFICE,** 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for respondent.

United States Magistrate Judge Hildy Bowbeer filed a Report and Recommendation on October 30, 2019. No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendation is **ADOPTED**;

2. Petitioner's Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241, Doc. No. 1, is **DISMISSED AS MOOT**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: December 3, 2019                               s/John R. Tunheim
at Minneapolis, Minnesota                               JOHN R. TUNHEIM
                                                        Chief Judge
                                                  United States District Court